AUSA Rajesh Prasad, 313-226-0821
Special Agent Michael Reamer, DEA, 313-234-4000

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tyrone Samuel Smith, Jr.

Case No. 16-cr-20293

**ARREST WARRANT**

FILED SEP 14 2016 CLERK'S OFFICE DETROIT

FD#10136897
54913-039

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TYRONE SAMUEL SMITH, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Distribution of a Controlled Substance, Fentanyl and Acetyl Fentanyl
21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C) - Conspiracy to Distribute Controlled Substances
21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Distribution of a Controlled Substance Resulting in Death or Serious Bodily Injury
21 U.S.C. § 843(b) - Unlawful Use of a Communication Facility to Commit a Drug Trafficking Offense

Date: July 28, 2016

*Issuing officer's signature*
Sandra Osorio  DEPUTY CLERK

City and state: Detroit, MI

*Printed name and title*

---

**Return**

This warrant was received on *(date)* July 28, 2016 , and the person was arrested on *(date)* 8/8/16
at *(city and state)* Oak Park, MI .

Date: 8/8/16

*Arresting officer's signature*
Michael Reamer SA
*Printed name and title*

Distribution: Original Court — 1 copy U.S. Marshal — 2 copies USA